

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2016

No. 04-16-00241-CR

Cody Allen **WATERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to August 17, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Maria Fattahi
101 W. Nueva, Suite 301
San Antonio, TX 78205

Andrea Polunsky
Attorney At Law
111 Soledad, Suite 300
San Antonio, TX 78205

Nicholas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205